UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi<br>U.S. District Judge |
| v. | : | Crim. No. 12-52 (CCC) |
| WILLIAM H. GAUGER III | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Zahid N. Quraishi, Assistant U.S. Attorney, appearing), and defendant William H. Gauger III (Laurence S. Shtasel, Esq., appearing), for an order granting a second continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance at a case management conference on March 28, 2012, and it appearing that the defendant waives such right, and the Court setting a date of April 30, 2012 at the case management conference for the defendant to file motions concerning the charges identified in the indictment, and the Court setting a second case management conference on May 8, 2012, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The charges in this case are the result of a lengthy investigation, and the discovery involves a voluminous amount of discovery that defense counsel requires adequate time to review;

(2) This case is sufficiently complex that it is unreasonable to expect adequate preparation for trial within the time limits provided by the Speedy Trial Act;

(5) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 3rd day of April, 2012,

ORDERED that this matter is hereby designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

ORDERED that defendant shall file motions concerning the charges identified in the indictment no later than April 30, 2012;

ORDERED that a case management conference shall be held on May 8, 2012, at 10:30am;

ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at the May 8, 2012 case management conference;

ORDERED that this action be, and hereby is, continued until the date of the motions hearing to address the defendant's motions due on April 30, 2012 (date to be determined); and it is further

ORDERED that the period from the date of this order through the date of the motions hearing to address the defendant's motions due on April 30, 2012 (date to be determined) shall be excludable in computing time under the Speedy Trial Act of 1974.

*Claire C. Cecchi*

HON. CLAIRE C. CECCHI
United States District Judge

Form and entry
consented to:

ERIC HOLDER
United States Attorney General
PREET S. BHARARA
United States Attorney
for the Southern District of New York
Acting U.S. Attorney,
pursuant to 28 U.S.C. § 515(a)

By: _____
Zahid N. Quraishi
Assistant U.S. Attorney



FOR DEFENDANT WILLIAM H. GAUGER III:

_____
Laurence S. Shtasel, Esq.
Counsel for defendant William H. Gauger III