UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAM GAUGER, III<br><br>　　　　Defendant | Criminal No. 12-cr-52 (CCC)<br><br>**ORDER** |

This matter having come before the Court on June 27, 2012 by way of a status conference; and for good cause shown;

**IT IS** on this 27 day of June, 2012

**ORDERED THAT:**

1. By **July 13, 2012**, Defendant shall submit a reply brief in connection with his motion to dismiss and motion for a bill of particulars.

2. By **July 13, 2012**, after meeting and conferring, the parties shall report to the Court as to any remaining discovery issues in this matter. Such report may be provided by Defendant in the aforementioned reply brief.

3. On **July 26, 2012 at 11:00 a.m.**, the Court shall hear oral argument on Defendant's motion to dismiss.

4. Trial in this matter shall commence on **January 14, 2013** at 9:30 a.m.

**IT IS SO ORDERED.**

CLAIRE C. CECCHI, U.S.D.J.